**Special Revenue Funds**
Schedule of Revenues and Expenditures by Fund and Activity

| Fund and Activity | Expenditures 2015 Audited | 2016 Adopted | 2016 Estimated | 2017 Adopted | Adopted % Chg | Revenues 2017 Adopted | Chg in Fund Bal. 2017 Adopted |
|---|---:|---:|---:|---:|---:|---:|---:|
| SWMBH Drug Testing Grants | 18,605 | 15,000 | 15,380 | 15,000 | 0.0% | 15,000 | - |
| Drug Court Program | 245,299 | 123,774 | 123,774 | 130,522 | 5.5% | 130,522 | - |
| Byrne Justice Assistance Grnts | 2,777 | - | 36,719 | 16,165 | N/A | 16,165 | - |
| **Total** | **944,057** | **1,179,675** | **1,235,949** | **1,347,431** | **14.2%** | **1,347,431** | **-** |
| **Health Department** | | | | | | | |
| Health Admin. & Support | 1,781,508 | 1,884,437 | 1,795,754 | 2,216,386 | 17.6% | 2,089,100 | (127,286) |
| Public Health Nursing | 277,574 | 342,583 | 382,679 | 484,611 | 41.5% | 484,406 | (205) |
| Clinical and Comm Health Serv | 187,691 | 180,888 | 318,526 | 298,686 | 65.1% | 298,505 | (181) |
| Environmental Health | 751,633 | 812,697 | 1,052,418 | 1,243,481 | 53.0% | 869,663 | (373,818) |
| Undistributed Health Expend | - | - | - | - | N/A | - | - |
| Hearing/Vision EPHS | 176,490 | 133,184 | 173,101 | 202,207 | 51.8% | 202,207 | - |
| Medical Examiner | 258,601 | 307,321 | 322,750 | 366,574 | 19.3% | 366,574 | - |
| **Total** | **3,433,497** | **3,661,110** | **4,045,228** | **4,811,945** | **31.4%** | **4,310,455** | **(501,490)** |
| **Health Drug Court Treatment** | | | | | | | |
| Drug Court Treatment | - | - | 120,759 | - | N/A | - | - |
| **Total** | **-** | **-** | **120,759** | **-** | **N/A** | **-** | **-** |
| **Health Department Grants & Programs** | | | | | | | |
| PRIME Local Learning Collab | 1,992 | - | - | - | N/A | - | - |
| Bioterrorism Emergency Prep | 169,763 | 189,746 | 175,571 | 187,996 | -0.9% | 187,996 | - |
| Infant Mortality Coalition | 31,637 | 34,184 | 36,779 | 32,303 | -5.5% | 32,303 | - |
| Sexually Transmit Disease Cont | 356,947 | 408,321 | 419,633 | 522,520 | 28.0% | 522,520 | - |
| Building Healthy Communities | 116,620 | - | - | - | N/A | - | - |
| Family Planning Services | 458,690 | 569,838 | 544,607 | 669,919 | 17.6% | 669,919 | - |
| Immunization | 801,904 | 539,266 | 650,514 | 600,438 | 11.3% | 600,438 | - |
| TB Control | 48,514 | 104,621 | 81,723 | 121,917 | 16.5% | 121,917 | - |
| WIC Res Serv - Wmn, Inf & Chld | 751,990 | 777,919 | 815,574 | 852,988 | 9.6% | 852,988 | - |
| Child Spec Heath Serv(Med Out) | 158,247 | 196,867 | 187,056 | 250,776 | 27.4% | 250,776 | - |
| ADS Counseling & Testing (HIV) | 193,430 | 205,498 | 223,807 | 265,065 | 29.0% | 265,065 | - |
| Nurse Family Partnership Serv | 684,986 | 717,066 | 686,625 | 740,873 | 3.3% | 740,873 | - |
| MI Health & Wellness 4x4 Plan | 92,671 | 85,000 | - | - | -100.0% | - | - |
| SNAP Grant | 29,586 | - | - | - | N/A | - | - |
| Adolscent Pregnancy Parent Prg | 215,416 | 302,339 | 372,341 | 335,998 | 11.1% | 335,998 | - |
| Child Lead Poision Ed & Outrch | 25,170 | 20,694 | 717 | - | -100.0% | - | - |
| WIC Breastfeeding Peer Counsel | 32,506 | 38,148 | 38,215 | 39,120 | 2.5% | 39,120 | - |
| Pos Parenting Prog (Triple P) | 41,764 | 100,000 | 72,178 | 103,600 | 3.6% | 103,600 | - |
| Environ Health Non-Comm Water | 103,890 | 93,818 | 120,392 | 113,924 | 21.4% | 113,924 | - |
| Brst & Cerv Cancer & Wisewoman | 2,198 | 12,036 | 397 | 12,036 | 0.0% | 12,036 | - |
| HUD Lead | 4,131 | - | - | - | N/A | - | - |
| Farmers Market | 11,805 | - | 22,763 | 15,940 | N/A | 15,940 | - |
| Medicaid Outreach | 53,585 | 101,100 | 64,170 | 54,050 | -46.5% | 54,050 | - |
| MIPHAB Accreditation Readiness | - | - | 15,391 | - | N/A | - | - |
| NACCHO Breast Feeding Support | 18,488 | 15,000 | 11,713 | - | -100.0% | - | - |
| Berrien Health Plan Grant | 32,432 | 61,098 | 46,473 | 67,356 | 10.2% | 67,356 | - |
| BHP - Breastfeed Peer Counsel | - | - | 1,474 | 66,190 | N/A | 66,190 | - |
| Substance Abuse Treatment | 1,600 | - | 2,434 | - | N/A | - | - |
| Subst Abuse Prev (Loc Tob Red) | 370,212 | 387,610 | 379,775 | 420,420 | 8.5% | 323,256 | (97,164) |

*Fund Summaries*

## Special Revenue Funds
### Schedule of Revenues and Expenditures by Fund and Activity

| Fund and Activity | 2015 Audited | 2016 Adopted | 2016 Estimated | 2017 Adopted | Adopted % Chg | 2017 Adopted Revenues | 2017 Adopted Chg in Fund Bal. |
|---|---|---|---|---|---|---|---|
| Miscellaneous Health Grants | 3,331 | 55,250 | 30,914 | 25,500 | -53.8% | 25,500 | - |
| **Total** | **4,813,505** | **5,015,419** | **5,001,236** | **5,498,929** | **9.6%** | **5,401,765** | **(97,164)** |
| **Berrien County Landfill Use** | | | | | | | |
| Sanitary Lnd Fill - Infra Impr | 123,000 | 177,200 | 1,484,509 | 525,000 | 196.3% | 525,000 | - |
| Sanitary Lnd Fill - Local Unts | 82,708 | 88,500 | 114,595 | 95,000 | 7.3% | 95,000 | - |
| **Total** | **205,708** | **265,700** | **1,599,104** | **620,000** | **133.3%** | **620,000** | **-** |
| **EDC Grants & Programs** | | | | | | | |
| MSHDA CDBG Housing Grant | 12,318 | 5,000 | 5,000 | 6,244 | 24.9% | 6,244 | - |
| MSHDA CDBG Rehab Grant | 131,930 | - | 315,414 | 250,000 | N/A | 250,000 | - |
| MSHDA (PIP) Prop Improv Prog | - | 4,700 | 4,700 | - | -100.0% | - | - |
| MSHDA Blight Elimination Grnt | - | - | 267,146 | - | N/A | - | - |
| DNR Waterways Grant | 28,395 | - | - | - | N/A | - | - |
| **Total** | **172,643** | **9,700** | **592,260** | **256,244** | **2541.7%** | **256,244** | **-** |
| **Register of Deeds Automation** | | | | | | | |
| Register of Deeds | 195,722 | 152,000 | 236,360 | 159,955 | 5.2% | 160,000 | 45 |
| **Total** | **195,722** | **152,000** | **236,360** | **159,955** | **5.2%** | **160,000** | **45** |
| **Register of Deeds Tax Foreclosure Search** | | | | | | | |
| Register of Deeds | 226,407 | 210,000 | 210,000 | 192,500 | -8.3% | 192,500 | - |
| **Total** | **226,407** | **210,000** | **210,000** | **192,500** | **-8.3%** | **192,500** | **-** |
| **Homestead Audit Administration** | | | | | | | |
| Homestead Audit Administration | 51,234 | 67,149 | 67,649 | 236,007 | 251.5% | 92,450 | (143,557) |
| **Total** | **51,234** | **67,149** | **67,649** | **236,007** | **251.5%** | **92,450** | **(143,557)** |
| **Prosecutor Grants and Programs** | | | | | | | |
| National Childrens Advoc Grant | 284,729 | 289,815 | 289,815 | 290,766 | 0.3% | 290,766 | - |
| Forfeiture Drug Lab Program | 9,600 | 9,600 | 12,230 | 9,600 | 0.0% | 9,600 | - |
| Prosecutors Welfare Fraud Prog | 384,399 | 392,559 | 392,559 | 408,492 | 4.1% | 408,492 | - |
| **Total** | **678,728** | **691,974** | **694,604** | **708,858** | **2.4%** | **708,858** | **-** |
| **911 Service Millage** | | | | | | | |
| 911 Operations | 3,611,524 | 3,697,431 | 4,244,530 | 4,172,911 | 12.9% | 4,336,883 | 163,972 |
| MSP 800 MHZ Cr Reimbursement | - | - | - | 88,825 | N/A | - | (88,825) |
| **Total** | **3,611,524** | **3,697,431** | **4,244,530** | **4,261,736** | **15.3%** | **4,336,883** | **75,147** |
| **911 Service Grants** | | | | | | | |
| 911 Wireless Service Charges | 12,960 | 18,000 | 18,000 | 30,000 | 66.7% | - | (30,000) |
| **Total** | **12,960** | **18,000** | **18,000** | **30,000** | **66.7%** | **-** | **(30,000)** |
| **Concealed Pistol Licensing** | | | | | | | |
| County Clerk | 2,257 | 4,050 | 9,135 | 18,914 | 367.0% | 65,000 | 46,086 |
| **Total** | **2,257** | **4,050** | **9,135** | **18,914** | **367.0%** | **65,000** | **46,086** |
| **Public Safety Millage** | | | | | | | |
| Sheriff's Office | 2,905,901 | 3,068,616 | 3,067,205 | 2,627,024 | -14.4% | 2,627,024 | - |
| **Total** | **2,905,901** | **3,068,616** | **3,067,205** | **2,627,024** | **-14.4%** | **2,627,024** | **-** |
| **Local Law Enforcement Contracts** | | | | | | | |
| Loc Police - Watervliet Twnshp | 225,965 | 244,902 | 244,902 | 253,554 | 3.5% | 253,554 | - |

**Special Revenue Funds**
Schedule of Revenues and Expenditures by Fund and Activity

| | | | | | | | Chg in Fund Bal. |
|---|---|---|---|---|---|---|---|
| | | | *Year ended December 31* | | | | |
| | | Expenditures | | | | Revenues | |
| Fund and Activity | 2015 Audited | 2016 Adopted | 2016 Estimated | 2017 Adopted | Adopted % Chg | 2017 Adopted | 2017 Adopted |
| Loc Police - Niles Twnshp | 892,338 | 851,542 | 851,542 | 914,766 | 7.4% | 914,766 | - |
| Loc Police - Buchanan Twnshp | 21,575 | 25,398 | 26,288 | 27,545 | 8.5% | 27,545 | - |
| Loc Police - New Buffalo Tnshp | 606,214 | 599,508 | 599,508 | 602,303 | 0.5% | 602,303 | - |
| Loc Police - Benton Harbor Cty | 91,908 | 133,288 | 133,288 | 94,919 | -28.8% | 94,919 | - |
| Loc Police - MI Works Contract | 4,836 | 4,778 | 4,778 | 5,658 | 18.4% | 5,658 | - |
| Loc Police - DHS Contract | 93,468 | 93,951 | 94,951 | 100,685 | 7.2% | 100,685 | - |
| Loc Police - FBI Contract | 32,027 | 29,963 | 29,963 | 28,281 | -5.6% | 28,281 | - |
| Loc Police - Parks Contract | 6,426 | 9,100 | 19,100 | 37,957 | 317.1% | 37,957 | - |
| Loc Police - Crthse Security | 140,832 | 147,085 | 147,085 | 168,710 | 14.7% | 168,710 | - |
| Loc Police - Records Clerk | 19,621 | 21,760 | 21,760 | 21,830 | 0.3% | 21,830 | - |
| Loc Police - BH Boys/Girls Clb | - | - | 42,179 | 98,825 | N/A | 98,825 | - |
| **Total** | **2,135,211** | **2,161,275** | **2,215,344** | **2,355,033** | **9.0%** | **2,355,033** | **-** |
| **Sheriff's Special Teams & Programs** | | | | | | | |
| Emergency Operations | 319,800 | 346,199 | 361,199 | 354,821 | 2.5% | 354,821 | - |
| Sher Spec Tm/Prg - Hazmat Team | 17,531 | 18,640 | 18,640 | 18,640 | 0.0% | 18,640 | - |
| Sher Spec Tm/Prg - Evidence Tm | 8,967 | 10,975 | 10,975 | 10,650 | -3.0% | 10,650 | - |
| Sher Spec Tm/Prg - Tru Team | 13,306 | 13,525 | 13,525 | 15,755 | 16.5% | 15,755 | - |
| Sher Spec Tm/Prg - Bomb Team | 11,264 | 15,585 | 15,585 | 14,635 | -6.1% | 14,635 | - |
| Sher Spec Tm/Prg - Dive Team | 6,381 | 8,840 | 8,840 | 12,440 | 40.7% | 12,440 | - |
| Sher Spec Tm/Prg - Crisis Neg | 1,221 | 1,800 | 1,800 | 1,800 | 0.0% | 1,800 | - |
| Sher Spec Tm/Prg - Accident In | 8,180 | 9,116 | 9,116 | 9,114 | 0.0% | 9,114 | - |
| Mounted Division | 6,848 | 10,500 | 10,650 | 10,925 | 4.0% | 10,925 | - |
| Marine Division | 284,186 | 290,129 | 293,429 | 324,314 | 11.8% | 324,314 | - |
| Drug Ed Coordinator Progrm | 107,136 | 104,940 | 104,940 | 118,985 | 13.4% | 118,985 | - |
| House Arrest (Work Det) Progrm | 172,040 | 143,843 | 143,843 | 136,649 | -5.0% | 136,649 | - |
| Community Tether Program | 295,419 | 418,101 | 418,101 | 402,052 | -3.8% | 402,052 | - |
| Reserve Officer Unit Prog | 8,870 | 6,000 | 8,800 | 8,800 | 46.7% | 8,800 | - |
| Chaplain Unit Program | 150 | 200 | 200 | 200 | 0.0% | 200 | - |
| Pier Safety Initiative | 662 | 5,000 | 5,000 | 2,500 | -50.0% | 1,000 | (1,500) |
| **Total** | **1,261,960** | **1,403,393** | **1,424,643** | **1,442,280** | **2.8%** | **1,440,780** | **(1,500)** |
| **Sheriff's Grants** | | | | | | | |
| Local Correct Officer Training | 25,251 | 33,000 | 36,000 | 33,000 | 0.0% | 33,000 | - |
| Public Safety Equipment | - | - | 5,995 | - | N/A | - | - |
| Sheriff Second Road Patrol Grt | 203,902 | 213,355 | 213,355 | 220,958 | 3.6% | 220,958 | - |
| Highway Safety Taskforce Grant | 18,332 | 42,021 | 42,021 | 28,517 | -32.1% | 28,517 | - |
| Snowmobile Law Enforce Grants | 3,271 | 4,815 | 16,594 | 5,073 | 5.4% | 5,073 | - |
| Act 302 Training Grant | 14,735 | 14,380 | 14,380 | 14,497 | 0.8% | 14,497 | - |
| **Total** | **265,491** | **307,571** | **328,345** | **302,045** | **-1.8%** | **302,045** | **-** |
| **Drug Law Enforcement** | | | | | | | |
| Sheriff's Office | 16,019 | 16,849 | 16,849 | 15,714 | -6.7% | - | (15,714) |
| Drug Enforcement | 106,459 | 158,440 | 158,440 | 20,595 | -87.0% | 20,595 | - |
| **Total** | **122,478** | **175,289** | **175,289** | **36,309** | **-79.3%** | **20,595** | **(15,714)** |
| **Federal Forfeiture Drug Law Enforcement** | | | | | | | |
| Drug Enforcement | - | 2,000 | 12,100 | 2,000 | 0.0% | - | (2,000) |
| **Total** | **-** | **2,000** | **12,100** | **2,000** | **0.0%** | **-** | **(2,000)** |

35

Special Revenue Funds
Schedule of Sources and Uses of Funds by Fund and Activity

| | Uses of Funds | | | | | Sources of Funds | Change in Fund Balance |
|---|---|---|---|---|---|---|---|
| | 2018 Actual | 2019 Actual | 2020 Adopted | 2021 Adopted | Adopted % Chg | 2021 Adopted | 2021 Adopted |
| **County Road Fund (2010)** | | | | | | | |
| 4490 - Road Department | $ 21,103,992 | $ 25,340,220 | $ 26,181,500 | $ 30,988,793 | 18.4% | $ 30,988,793 | $ - |
| Total | 21,103,992 | 25,340,220 | 26,181,500 | 30,988,793 | 18.4% | 30,988,793 | - |
| **Parks and Recreation Fund (2080)** | | | | | | | |
| 7510 - Parks and Recreation | 882,467 | 949,599 | 1,018,078 | 1,084,285 | 6.5% | 948,417 | (135,868) |
| 7511 - PA 90 Millage | 503,601 | 611,921 | 561,716 | 737,576 | 31.3% | 737,576 | - |
| 8030 - Historical Association | 99,257 | 94,504 | 211,978 | 131,978 | -37.7% | 131,978 | - |
| Total | 1,485,326 | 1,656,024 | 1,791,772 | 1,953,839 | 9.0% | 1,817,971 | (135,868) |
| **Parks Environmental Affairs (2082)** | | | | | | | |
| 7560 - Parks Environmental Affairs | 173,479 | 187,384 | 182,288 | 182,151 | -0.1% | 182,151 | - |
| Total | 173,479 | 187,384 | 182,288 | 182,151 | -0.1% | 182,151 | - |
| **Parks and Rec Grants Fund (2085)** | | | | | | | |
| 7291 - Clean Sweep Pest Control Grnts | 44,325 | 26,516 | 30,000 | 30,000 | 0.0% | 30,000 | - |
| 7293 - MDEQ Recycling Education Grant | 21,057 | - | - | - | | - | - |
| 7513 - Love Creek Park | 78,132 | 5,980 | - | - | | - | - |
| 7515 - Madeline Bertrand Park | - | - | 200,000 | 400,000 | 100.0% | 400,000 | - |
| 7516 - Galien River Park | 46,738 | - | - | - | | - | - |
| 7518 - Watervliet Park | 669,851 | - | 110,000 | - | -100.0% | - | - |
| Total | 860,103 | 32,496 | 340,000 | 430,000 | 26.5% | 430,000 | - |
| **Parks Millage (PA 90) Fund (2087)** | | | | | | | |
| 7511 - PA 90 Millage | 765,184 | 706,155 | 939,694 | 869,554 | -7.5% | 834,500 | (35,054) |
| Total | 765,184 | 706,155 | 939,694 | 869,554 | -7.5% | 834,500 | (35,054) |
| **Berrien Comm Foundation Fund (2130)** | | | | | | | |
| 3010 - Sheriff's Office | 3,198 | 6,260 | 1,000 | 1,000 | 0.0% | 1,000 | - |
| 3280 - Motorcycle Division | 22,515 | 18,073 | 24,957 | 23,819 | -4.6% | 23,819 | - |
| 3310 - Marine Division | - | - | 1,000 | 1,000 | 0.0% | 1,000 | - |
| 3690 - Public Safety Equipment | - | - | 5,000 | 5,000 | 0.0% | 5,000 | - |
| 3808 - Pier Safety Initiative | - | - | 1,000 | 1,550 | 55.0% | 1,550 | - |
| 4300 - Animal Control Operations | 2,500 | 930 | 500 | - | -100.0% | - | - |
| 6316 - Heroin & Presc Drug Abuse Prev | 3,075 | 759 | - | - | | - | - |
| 6810 - Veterans Services | 18,500 | - | - | - | | - | - |
| 7510 - Parks and Recreation | 63,109 | 8,400 | - | - | | - | - |
| Total | 112,897 | 34,422 | 33,457 | 32,369 | -3.3% | 32,369 | - |
| **Friend of the Court Fund (2150)** | | | | | | | |
| 1410 - Friend Of The Court | 3,449,921 | 3,532,627 | 3,814,226 | 3,881,014 | 1.8% | 3,881,014 | - |
| Total | 3,449,921 | 3,532,627 | 3,814,226 | 3,881,014 | 1.8% | 3,881,014 | - |
| **Friend of the Court Prog Fund (2155)** | | | | | | | |
| 1616 - Family Counseling Service Prog | 49,306 | 16,332 | 20,000 | 20,000 | 0.0% | 20,000 | - |
| Total | 49,306 | 16,332 | 20,000 | 20,000 | 0.0% | 20,000 | - |
| **Judicial Grants & Program Fund (2175)** | | | | | | | |
| 1602 - SCAO Reg Mental Hlth Crt Grnts | 235,031 | 224,817 | 274,000 | 173,504 | -36.7% | 173,504 | - |
| 1606 - Intake/Assess Coord Blk Grants | 82,102 | 85,408 | 88,014 | 90,946 | 3.3% | 90,946 | - |
| 1612 - Comprehensive Comm Corr Prog | 176,932 | 105,759 | 234,566 | 213,283 | -9.1% | 213,283 | - |
| 1618 - Swift & Sur Sanction Pilot Grt | 151,618 | 163,859 | 191,588 | 191,659 | 0.0% | 191,659 | - |
| 1622 - State Drug Treatment Court Grt | 39,151 | 39,743 | 50,228 | 67,180 | 33.8% | 67,180 | - |
| 1623 - SWMBH Drug Testing Grants | 2,086 | 1,347 | 15,000 | 15,000 | 0.0% | 15,000 | - |
| 1624 - Fed Juv Justice Del Prevention | 10,427 | 1,567 | - | - | | - | - |
| 1625 - Strategic Planning Project | - | 30,887 | - | - | | - | - |
| 1650 - Drug Court Program | 134,658 | - | - | - | | - | - |
| 1651 - Child & Parent Legal Represent | - | - | - | 133,044 | | 133,044 | - |
| Total | 832,004 | 653,389 | 853,396 | 884,616 | 3.7% | 884,616 | - |