UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN DAVIS, SR.; CHARASE DORSEY; ANISHA BIRD; VIRECE BERRY; CARL COTTON, SR; SON OF MAN INC.; TEMESIA DAVIS; JASMINE McCOY; DANIELLE WASHINGTON; RAVEN J. WRIGHT; QUANTILA ROBERTSON, Next Friend for R.R.; IESHIA BLACKWELL, Individually and as Representative of the ESTATE OF CARL COLEMAN; and all other similarly situated,

    Plaintiffs,

v

COUNTY OF BERRIEN; BERRIEN COUNTY PROSECUTING ATTORNEY STEVE PIERANGELI, Individually and in his Official Capacity; ASSISTANT PROSECUTING ATTORNEY MARK SANFORD, Individually and in his Official Capacity; TAYLOR KOCH, Individually and in her official capacity; BERRIEN COUNTY SHERIFF L. PAUL BAILEY, Individually and in his Official Capacity; DEPUTY SHAWN YECH, Individually and in his Official Capacity; DEPUTY JACOB WILL, Individually and in his Official Capacity; DEPUTY JONATHAN BOWMAN, in his Official Capacity; CITY OF BENTON HARBOR; BENTON HARBOR PUBLIC SAFETY DIRECTOR, DANIEL E. McGINNIS, JR., Individually and in his Official Capacity; BENTON HARBOR HOUSING COMMISSION; CINDY DRAKE-COLLIER, in her Official Capacity; BENTON CHARTER

No. 1:24-cv-00088

HON. PAUL L. MALONEY

MAG. JUDGE PHILLIP J. GREEN

TOWNSHIP; OFFICER JOHN VISEL, Individually and in his Official capacity; LT. DT. MICHAEL DENDOOVEN, in his Official Capacity; STATE OF MICHIGAN; MICHIGAN STATE POLICE; DETECTIVE WILLIAM ASHLEY, Individually and in his Official Capacity; MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; REBECCA WRIGHT, Individually and in her Official Capacity; CONTINENTAL MANAGEMENT LLC; REGIONAL MANAGER STEVE COOK, Individually and in his Official Capacity; KEVIN MACKIN, Individually and in his Official Capacity; CALEB GRIMES, Individually and in his Official Capacity; SECRETARY MARCIA L. FUDGE, in her Official Capacity; DEPT. OF HOUSING AND URBAN DEVELOPMENT, and any yet to be discovered liable parties,

    Defendants.

---

John R. Beason, III
The J,R, Beason Firm PLLC
Attorney for Plaintiffs
853 McAlister Street
Benton Harbor, MI  49022
269.213.1426
jrbeasonconsulting@gmail.com

James T. McGovern (P79410)
James Grant Semonin (P86855)
Straub Seaman & Allen PC
Attorneys for Defendants County of Berrien, Bailey, Yech, Will, & Ashley

John Fedynsky (P65232)
Tyler R. Kitzmiller (P86684)
Assistant Attorneys General
Attorneys for Defendants State of MI & Michigan State Police
Michigan Dep't of Atty General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
fedynskyj@michigan.gov
kitzmillert@michigan.gov

2

| | |
|---|---|
| 1014 Main Street<br>P.O. Box 318<br>St. Joseph, MI  49085<br>269.982.7728<br>jmcgovern@lawssa.com<br>jsemonin@lawssa.com<br><br>G. Gus Morris (P32960)<br>John Gemellaro (P74141)<br>McGraw Morris PC<br>Attorneys for Defendants Charter Township of Benton, Visel, & DenDooven<br> 2075 W. Big Beaver Rd.<br>Suite 750<br>Troy, MI  48084<br>248.502.4000<br>gmorris@mcgrawmorris.com<br>jgemellaro@mcgrawmorris.com<br><br>Timothy Ferrand (P39583)<br>Cummongs McClorey Davis & Alcho<br>Attorney for Defendants City of Benton Harbor, & McGinnis, Jr.<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>586.228.5600<br>tferrand@cmda-law.com<br><br>Ellen Bartman Jannette (P41800)<br>Plunkett Cooney<br>Attorney for Defendant Grimes<br>38505 Woodward Ave., Suite 100<br>Bloomfield Hills, MI  48304<br>248.594.8221<br>ejannette@plunkettcooney.com | Ticara D. Hendley (P81166)<br>Stephanie Marie Service (P73305)<br>Assistant Attorneys General<br>Attorneys for Defendants MDHHS & Wright<br>Michigan Dep't of Atty General<br>Health, Education & Family Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>517.335.7603<br>services3@michigan.gov<br>hendleyt@michigan.gov<br><br>Richard P. Smith (P36668)<br>Blake Kirchner Symonds<br>MacFarlane Larson & Smith PC<br>Attorney for Defendants Continental Management LLC & Cook<br>1432 Buhl Bldg<br>535 Griswold Street<br>Detroit, MI  48226<br>313.961.7321<br>rps@blakekirchner.com |

/

**STIPULATED ORDER GRANTING DEFENDANTS STATE OF MICHIGAN AND MICHIGAN STATE POLICE AN EXTENSION TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

3

The parties having stipulated that Defendants State of Michigan and Michigan State Police require additional time to respond to Plaintiffs' First Amended Complaint, Plaintiffs having agreed to said Defendants' request for additional time, and the Court being fully advised in the premises;

IT IS HERE ORDERED AND ADJUDGED that Defendants State of Michigan and Michigan State Police, shall have until July 8, 2024 to respond to Plaintiffs' First Amended Complaint.

Date: May 16, 2024

/s/ Paul L. Maloney
PAUL L. MALONEY
U.S. District Court Judge

STIPULATED AND AGREED:

/s/ John R. Reason, III (w/ consent) John R. Reason, III
Attorney for Plaintiff
853 McAlister Street
Benton Harbor, MI 49022
269.213.1426
jrbeasonconsulting@gmail.com

/s/ Tyler R. Kitzmiller
Tyler R. Kitzmiller (P86684)
Assistant Attorney General
Attorney for Defendants State of Michigan & Michigan State Police
MI Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
517.335.7573
kitzmillert@michigan.gov