UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN DAVIS, SR., et al.,

    Plaintiffs,

v.

    Case No. 1:24-cv-88

    HONORABLE PAUL L. MALONEY

COUNTY OF BERRIEN, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiffs a Notice of Impending Dismissal (ECF No. 32) and having heard no response as to Defendants Taylor Koch and Kevin Mackin:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter as to Defendants Taylor Koch and Kevin Mackin is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated:  May 17, 2024

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge