UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN DAVIS, SR., et al.,

    Plaintiffs,

v.

COUNTY OF BERRIEN, et al.,

    Defendants.
_____/

Case No. 1:24-cv-00088

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Phillip J. Green
U.S. Magistrate Judge

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

Plaintiffs and the federal Defendants, U.S. Department of Housing and Urban Development (HUD) and HUD Secretary, Marcia Fudge, hereby stipulate and agree to the dismissal of all claims with prejudice and without costs, interest, or attorney fees to either party.

Respectfully submitted,

Dated: May 24, 2024

*/s/ John R. Beason III*
JOHN R. BEASON III
The J.R. Beason Firm
853 McAlister St.
Benton Harbor, MI 49022
(616) 458-3791
Johnrbeason3@thejrbeasonfirm.com

MARK A. TOTTEN
United States Attorney

Dated: May 24, 2024

*/s/ Carolyn A. Almassian*
CAROLYN A. ALMASSIAN
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
carolyn.almassian@usdoj.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN DAVIS, SR., et al.,

    Plaintiffs,

v.

COUNTY OF BERRIEN, et al.,

    Defendants.
_____/

Case No. 1:24-cv-00088

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Phillip J. Green
U.S. Magistrate Judge

## ORDER DISMISSING CASE WITH PREJUDICE

This matter having come before the Court upon the stipulation of Plaintiffs and the federal Defendants dismiss the amended complaint with prejudice and without costs to Plaintiffs and the federal Defendants,

THE COURT HEREBY ORDERS that this matter is dismissed as to the federal Defendants with prejudice and without costs to either party.

BY THE COURT:

Dated: May __, 2024

_____
Hon. Paul L. Maloney
U.S. District Court Judge