# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FILED - GR**
September 25, 2025 1:06 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /JW / 9-25

MELVIN DAVIS, ET AL.,

Plaintiffs,

Case No.: 1:24-cv-0088

Honorable Judge Paul L. Maloney
Magistrate Judge Phillip J. Green

v.

COUNTY OF BERRIEN, ET AL.,

Defendants.

## PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT

Plaintiff, Charase Dorsey, respectfully moves this Court under Fed. R. Civ. P. 55(b) for entry of a default judgment against Defendant, Jeremiah Gauthier, and states as follows:

1. On January 29th, 2024, Plaintiff filed the Complaint in this action. (ECF No. 1).

2. Defendant was properly served with process on April 7th, 2024, as reflected in the Proof of Service attached.

3. Pursuant to Fed. R. Civ. P. 12(a), Defendant's responsive pleading was due on April 28th, 2024.

4. Defendant has failed to plead or otherwise defend this action.

5. Defendant is not a minor, incompetent person, or a member of the military service within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

6. Plaintiff's claims are for three hundred and fifty thousand dollars, specifically $350,000.00, plus interest, costs, and any other relief this Court deems just.

WHEREFORE, Plaintiff respectfully requests that this Court enter default judgment in favor of Plaintiff and against Defendant in the amount of $350,000.00, together with costs, interest, and such further relief as the Court deems appropriate.

Date: September 24th, 2025

Respectfully submitted,

/s/ Charase Dorsey, Pro Se

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MELVIN DAVIS, ET AL.,

        PlaintiffS,

                              Case No.: 1:24-cv-0088

                              Honorable Judge Paul L. Maloney
                              Magistrate Judge Phillip J. Green

      v.

COUNTY OF BERRIEN,
ET AL.,

        Defendants.

---

## Certificate of Service

I hereby certify that on September 24th, 2025, I served the foregoing Motion for Default Judgment upon Defendant Jeremiah Gauthier at 1909 Paw Paw Ave., Benton Harbor, MI 49022, by notary delivery.

---

/s/ Charase Dorsey, Pro Se

*(signature)*

This envelope is for use with the following services: **UPS Next Day Air®**, **UPS Worldwide Express®**, **UPS 2nd Day Air®**

LARANDA GREEN
(269) 317-2523
230 HAMPTON RD
BENTON HARBOR MI 49022

0.2 LBS LTR
SHP WT: LTR
DATE: 24 SEP 2025

SHIP TO: CLERK OF COURT FEDERAL DIST COURT
WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN ST NW

GRAND RAPIDS MI 49503-2300

MI 495 9-08

UPS NEXT DAY AIR
TRACKING #: 1Z R23 13V 01 6779 4744     1

BILLING: P/P

REF #1: SMG

UPS Privacy Notice at www.ups.com   010195112   05/21   PAC   United Parcel Service