UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN DAVIS, SR., et al.,

    Plaintiffs,

v.

COUNTY OF BERRIEN, et al.,

    Defendants.

_____/

Case No. 1:24-cv-88

HONORABLE PAUL L. MALONEY

## ORDER DISMISSING CLAIMS FILED BY PLAINTIFF VIRECE BERRY

This lawsuit was initiated on January 29, 2024 when twelve Plaintiffs filed a complaint against over twenty Defendants. An amended complaint was filed on January 31, 2024. Several motions to dismiss filed by various Defendants have since been resolved. Only the claims of Plaintiff Charase Dorsey against Defendant Jeremiah Gauthier and the claims of Plaintiff Virece Berry against Defendants Benton Charter Township, Michael DenDooven and Jon Visel remain pending. Both Plaintiffs are proceeding *pro se* on their claims. For the reasons stated below, the Court will dismiss Plaintiff Berry's claims from this lawsuit.

A Plaintiff has a continuing obligation to apprise the Court of his current address. *See* W.D. Mich. LCivR. 41.1 ("Failure of a plaintiff to keep the Court apprised of his current address shall be grounds for dismissal for want of prosecution."); *see also White v. City of Grand Rapids*, 34 F. App'x 210, 211 (6th Cir. 2022) (affirming the dismissal of a lawsuit that occurred in part because the plaintiff "failed to keep the district court apprised of his current address").

On July 25, 2025, Plaintiff Berry advised this Court of his intent to continue prosecution of his claims as a *pro se* litigant after his attorney was suspended from the practice of law in this Court.  (ECF No. 98).  The envelope for the notice filed by Plaintiff Berry contained a return address of 571 Pearl St., Benton Harbor, MI  49022.  This is the only address Plaintiff Berry has provided to the Court.  On two occasions, August 18, 2025 and October 14, 2025, the U.S. Postal Service returned to the Court Orders previously mailed by the Court to Plaintiff Berry at the Pearl St. address.  Both returned envelopes were marked "no such number" and "unable to forward" (ECF Nos. 101 and 109).  Plaintiff Berry has an obligation pursuant to W.D. Mich LCivR 41.1 to keep this court apprised of his current address and has failed to do so.  Therefore,

**IT IS HEREBY ORDERED** that the claims of Plaintiff Virece Berry against Defendants Benton Charter Township, Michael DenDooven and John Visel are DISMISSED for lack of prosecution pursuant to W.D. Mich. LCivR 41.1.  Only Plaintiff Dorsey's claims against Defendant Gauthier remain pending.

Dated:  October 24, 2025  /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge