UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN DAVIS, SR., *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF BERRIEN, *et al.*,<br>    Defendants. | )<br>)<br>)    No. 1:24-cv-88<br>)<br>)    Honorable Paul L. Maloney<br>)<br>)<br>) |

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  February 13, 2026            /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge